JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG KOREA INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BINEX LINE CORP.; and DOES 1 through 10, inclusive,<br><br>    Defendant. | In Admiralty<br><br>Case No.: 2:23:cv-04828 SVW (PRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 20, 2023 |

Based on the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above entitled matter, in its entirety, be and is hereby dismissed with prejudice, and with each party to bear its own costs and attorney's fees.

Dated: October 13, 2023

_____
Stephen V. Wilson
Judge of the United States District Court

3614 Proposed Order Re Stipulation for Dismissal with Prejudice101023.1.wpd

[Proposed] Order Of Dismissal with Prejudice